UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETE BLANCHIRD,<br><br>      Plaintiff,<br><br> v.<br><br>NORTH CASCADE TRUSTEE SERVICES, INC., et al.,<br><br>      Defendants. | CASE NO. C18-0581-RSL<br><br>ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE WITH PREJUDICE |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

 (1) The Court adopts the Report and Recommendation;

 (2) Plaintiff's IFP application is DENIED and this case is DISMISSED with prejudice; and

 (3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

 DATED this 30th day of May, 2018.

           */s/ Robert S. Lasnik*
           Robert S. Lasnik
           United States District Judge

ORDER DENYING IN FORMA PAUPERIS
REQUEST AND DISMISSING CASE WITH
PREJUDICE
PAGE - 1